1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

**FILED**

SEP 16 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,      )  CASE NO.  1:09-CR-350 AWI
                                  )
10          Plaintiff,            )
                                  )
                                  )  MOTION TO UNSEAL INDICTMENT;
11          v.                    )  AND ORDER
                                  )
12  RAMON CONTRERAS, et al.,      )
                                  )
13          Defendants.           )
                                  )
14  _____  )

15       The Indictment in this case, having been sealed by Order of

16  this Court, and it appears that it no longer need remain secret.

17       The United States of America, by and through Lawrence G.

18  Brown, United States Attorney, and Kimberly A. Sanchez, Assistant

19  United States Attorney, hereby moves that the Indictment in this

20  case be unsealed and made public record.

21  Dated: September 15, 2009

22                              _____
                                KIMBERLY A. SANCHEZ
23                              Assistant U. S. Attorney

24

25       IT IS SO ORDERED.

26  DATED: September 16, 2009

27                              _____
                                GARY S. AUSTIN
28                              United States Magistrate Judge

                                1