```
1  J.M. IRIGOYEN #177626
   J.M. IRIGOYEN LAW CORPORATION
2  2131 Amador
   Fresno, CA 93721
3
   (559) 233-3333
4
   Attorney for Defendant
5  RAMON CONTRERAS
```

FILED
JAN 4 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 09-cr-350 AWI |
| ) | |
| Plaintiff, ) | REQUEST TO VACATE |
| ) | JANUARY 4^(TH), 2010 |
| v. ) | HEARING DATE; DECLARATION |
| ) | IN SUPPORT THEREOF |
| RAMON CONTRERAS, ) | |
| ) | |
| Defendant. ) | |

\* \* \* \*

Defendant requests that the January 4, 2010 hearing for withdrawal of defense of counsel due to conflict of interest be vacated. Defense counsel and the defendant have resolved all conflicts of interest.

Dated: 12.30.09

/s/J.M. Irigoyen
J.M. Irigoyen

1

I, J.M. Irigoyen, hereby declare:

1. I am the attorney of record for Defendant, duly authorized to practice in this District.

2. Defense counsel and the defendant have resolved all conflicts of interest.

3. I ask that the January 4th, 2009, hearing be vacated. I wish to continue with the case, including sentencing.

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on this 30th Day of December, 2009 at Fresno, California.

/s/ J.M. Irigoyen
J.M. IRIGOYEN
Declarant

ORDER

It is so ordered.

DATED: /2-3/-09

HON. ANTHONY W. ISHI
United States District Judge