```
J.M. IRIGOYEN #177626
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
RAMON CONTRERAS
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>      Plaintiff,                   )<br>                                    )<br>      v.                            )<br>                                    )<br>RAMON CONTRERAS,                    )<br>                                    )<br>      Defendant.                    )<br>_____) | Case No: 09-cr-350 AWI<br><br>**STIPULATION TO CONTINUE<br>THE CONTESTED HEARING<br>AND ORDER** |

* * * *

It is stipulated and agreed between the parties that the contested hearing in the above matter currently set for Tuesday, January 19, 2010, be continued to January 20, 2010 at 1:30 p.m.

I hereby agree to the above stipulation.

Dated: January 12, 2010

                              /s/J.M. Irigoyen
                              J.M. Irigoyen

1

I hereby agree to the above stipulation.

Dated: January 12, 2010

                                           s/Kimberly Sanchez
                                           Kimberly Sanchez
                                           Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   January 13, 2010**                           **/s/ Anthony W. Ishii**
                                                            CHIEF UNITED STATES DISTRICT JUDGE