```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-cr-00350 AWI |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE |
| v. | |
| RAMON CONTRERAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and J.M. Irigoyen, attorney for defendant, to move for the motion hearing currently set for January 20, 2010 at 1:30 p.m. to be continued to January 26, 2010 at 10:00 a.m.

Dated: January 19, 2010          Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                          By     /s/ Kimberly A. Sanchez
                                 KIMBERLY A. SANCHEZ
                                 Assistant U.S. Attorney

Dated: January 19, 2010          /s/ J.M. Irigoyen
                                 J.M. Irigoyen
                                 Attorney for Ramon Contreras

**ORDER**

IT IS SO ORDERED.

**Dated:   January 20, 2010**                    /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE