```
J.M. IRIGOYEN #177626
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
RAMON CONTRERAS
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 09-cr-350 AWI |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **SENTENCING AND** |
| v. ) | **ORDER** |
| ) | |
| RAMON CONTRERAS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

\* \* \* \*

It is stipulated and agreed between the parties that sentencing in the above matter currently set for Monday, June 14, 2010, be continued to July 26, 2010 at 1:30 p.m.

I hereby agree to the above stipulation.

Dated: June 10, 2010

/s/J.M. Irigoyen
J.M. Irigoyen

I hereby agree to the above stipulation.

Dated: June 10, 2010

                                                           s/Kimberly Sanchez
                                                           Kimberly Sanchez
                                                           Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:**   **June 10, 2010**                        **/s/ Anthony W. Ishii**
                                                      CHIEF UNITED STATES DISTRICT JUDGE