```
J.M. IRIGOYEN #177626
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
RAMON CONTRERAS
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>     Plaintiff,            )<br>                            )<br>     v.                     )<br>                            )<br>RAMON CONTRERAS,            )<br>                            )<br>     Defendant.             )<br>_____) | Case No: 09-cr-350 AWI<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER** |

\* \* \* \*

It is stipulated and agreed between the parties that sentencing in the above matter currently set for Monday, September 27, 2010, be continued to November 1, 2010 at 1:30 p.m.

I hereby agree to the above stipulation.

Dated: September 22, 2010

                                        /s/J.M. Irigoyen
                                        J.M. Irigoyen

1

```
        I hereby agree to the above stipulation.
   Dated: September 22, 2010
                                s/Yassin Mohammad
                                Yassin Mohammad
                                Assistant U.S. Attorney
```

**ORDER**

```
   IT IS SO ORDERED.

   Dated:     September 23, 2010         [signature]
                                CHIEF UNITED STATES DISTRICT JUDGE
```