```
1    J.M. IRIGOYEN #177626
     J.M. IRIGOYEN LAW CORPORATION
2    2131 Amador
     Fresno, CA 93721
3
     (559) 233-3333
4
     Attorney for Defendant
5    RAMON CONTRERAS
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 09-cr-350 AWI |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING AND** |
| v. | ) | **ORDER** |
| | ) | |
| RAMON CONTRERAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

\* \* \* \*

It is stipulated and agreed between the parties that sentencing in the above matter currently set for Monday, November 1, 2010, be continued to November 29, 2010 at 9:00 a.m.

I hereby agree to the above stipulation.

Dated: October 26, 2010

/s/J.M. Irigoyen
J.M. Irigoyen

1

```
 1
 2          I hereby agree to the above stipulation.
 3     Dated: October 26, 2010
 4                                   s/Yassin Mohammad
                                     Yassin Mohammad
 5                                   Assistant U.S. Attorney
 6
 7
                                   ORDER
 8
       IT IS SO ORDERED.
 9
10     Dated:     October 26, 2010        /s/ signature
                                   CHIEF UNITED STATES DISTRICT JUDGE
11
```